1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER MARIE WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.; ACCOUNT CONTROL TECHNOLOGY INC.; ACCOUNT CONTROL TECHNOLOGY HOLDINGS, INC.; and DOES 1-100,<br><br>Defendants. | NO. 3:22-CV-07450-RS<br><br>[*Hon. Richard Seeborg*]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE, INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

**ORDER**

The Court, having read and considered Defendant Convergent Outsourcing, Inc. ("Defendant") and Plaintiff Jennifer Marie White ("Plaintiff") (collectively, the "Parties") Joint Stipulation to Continue Defendant's Responsive Pleading Deadline, Initial Case Management Conference and related deadlines ("Stipulation") and finding good cause therefor, **HEREBY ORDERS** that:

1. The Stipulation is **GRANTED**;
2. Defendant's responsive pleading deadline is continued to forty-five (45) days after the Court's ruling on the Joint Motion to Transfer is issued;
3. The Initial Case Management Conference currently scheduled for February 23, 2023 is **VACATED**; and
4. The Case Management Conference shall be rescheduled for  April 20, 2023 .

**IT IS SO ORDERED.**

Dated: January 31 , 2023

_____
The Honorable Richard Seeborg
United States District Judge

- 2 -
ORDER GRANTING JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE, INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No. 3:22-CV-07450-RS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES